## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION
### CIVIL ACTION NO. 3:21-cv-3147-SAL-PJG

| | | |
|---|---|---|
| David Marshall, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER REMANDING** |
| | ) | **CASE TO STATE COURT** |
| Gamecock Pavilion Homeowners | ) | |
| Association, Inc. and Community | ) | |
| Association Management Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It appearing to the court that:

1.      This action was filed in the Court of Common Pleas for Richland County by Summons and Complaint filed August 20, 2021;

2.      The Defendants removed this action to federal court by Notice of Removal filed September 27, 2021, based upon federal question jurisdiction due to the inclusion of a cause of action under the Fair Debt Collection Act, codified as 15 U.S.C. § 1692, *et. seq.*;

3.      Plaintiff filed an Amended Complaint on September 29, 2021 which removed the federal cause of action, thereby depriving this Court of jurisdiction over this matter; therefore,

**IT IS ORDERED**, with consent of the parties, that this action is hereby remanded to the Court of Common Pleas for Richland County for further proceedings solely on the claims pled in Plaintiff's Amended Complaint.  Additionally, any pending discovery deadlines shall begin anew, such that any discovery requests made prior to this order shall be treated as having been served on the date of this order.

**IT IS SO ORDERED.**

September 30, 2021                      Paige J. Gossett
Columbia, South Carolina               UNITED STATES MAGISTRATE JUDGE